IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIMELL BURGESS | CIVIL ACTION NO.: |
| v. | 15-cv-05053 (JLS) |
| COUNTY OF LANCASTER, et. al | |
| | JURY TRIAL DEMANDED |

**STIPULATION OF DISMISSAL OF DEFENDANTS, DENNIS P. STUCKEY, SCOTT F. MARTIN, CRAIG E. LEHMAN, ANDREA McCUE, RANDALL O. WENGER, AND BAILEY TSHUDY, WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their undersigned counsel, as evidenced by their below signatures, that the Parties agree to the voluntary dismissal of Defendants, Dennis P. Stuckey, Scott F. Martin, Craig E. Lehman, Andrea McCue, Randall O. Wenger and Bailey Tshudy, *with prejudice* pursuant to Fed. R. Civ. R. 41(a)(1)(A)(ii).

| | MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN |
|---|---|
| BY: _____<br>WILLAN F. JOSEPH, ESQUIRE<br>Counsel for Plaintiff | BY: _____<br>JOHN P. GONZALES<br>Attorney for Defendants |
| Date: 6/29/16 | Date: August 16, 2016 |

**APPROVED BY THE COURT:**

_____ J.